# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| BRECKSVILLE LASER EYE CENTER, etc. | ) ) ) | CASE NO.  5:08CV2855 |
| PLAINTIFF, | ) ) | JUDGE SARA LIOI |
| vs. | ) ) ) | ORDER |
| | ) ) | |
| DR. ROBERT C. BEVINGTON, et al., | ) ) | |
| DEFENDANTS. | ) | |

Upon representation of counsel at a status conference conducted this day that the parties had reached a settlement in the above-captioned case, the Court permitted counsel to place the terms of the settlement on the record. Therefore, this case hereby is dismissed.

A final Agreed Entry, approved by counsel for all parties, shall be filed with the Court on or before August 28, 2009.

Any subsequent order setting forth different terms & conditions relative to the settlement and dismissal of the within action shall supersede the within order. The Court retains jurisdiction to resolve disputes concerning the memorialization of the settlement agreement in this matter. *See Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994). This case hereby is closed.

**IT IS SO ORDERED**.

Dated: July 29, 2009

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**