IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BRECKSVILLE LASER EYE CENTER, ) | |
| ) | CASE NO. 5:08CV02855 |
| ) | |
| Plaintiff, ) | JUDGE: JUDGE SARA LIOI |
| ) | MAGISTRATE JUDGE: LIMBERT |
| v. ) | |
| ) | |
| DR. ROBERT C. BEVINGTON, *et al.*, ) | |
| ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to the Federal Rules of Civil Procedure 41(a)(ii) and the settlement agreement between the parties, the parties hereby stipulate to the dismissal *with prejudice* of the above action. This Court shall retain jurisdiction over the terms of the settlement.

Respectfully submitted,

/s/ Todd M. McKenney
Todd M. McKenney (#0042412)
One South Main Street
Suite 301
Akron, Ohio 44308
*Attorney for Defendant Beth Wilhelm-Kissinger*

/s/ Frank G. Mazgaj
Frank G. Mazgaj (#0037910)
R. Brian Borla (#0077322)
Hanna, Campbell & Powell
3737 Embassy Parkway
P.O. Box 5521
Akron, Ohio 44334
*Attorneys for Defendant Dr. Robert Bevington*

/s/ Mark S. Fusco
Mark S. Fusco (#0040604)
  email: mfusco@walterhav.com
Susan Keating Anderson (#0075456)
  email: sanderson@walterhav.com
WALTER & HAVERFIELD LLP
1301 E. Ninth Street, Suite 3500
Cleveland, Ohio 44114
216-781-1212
216-575-0911 (facsimile)

*Attorneys for Plaintiff
Brecksville Laser Eye Center*

{00812565 - 1}

## CERTIFICATE OF SERVICE

I certify that the foregoing *Stipulation of Dismissal with Prejudice* has been filed this 11th day of September, 2009, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

/s/Mark S. Fusco
Mark S. Fusco